PITTS *v.* FLORIDA CENTRAL AND PENINSULAR RAILROAD CO.

SIMMONS, C. J. 1. After a plaintiff has closed his evidence and the court has granted a nonsuit, but before the order has been written or entered upon the minutes, a motion to reopen the case is addressed to the sound discretion of the court, and its refusal will not be interfered with by this court.

2. Under the facts disclosed by the record, there was no error in granting a nonsuit.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided July 22, 1902.

Action for damages. Before Judge Seabrook. Effingham superior court. November 12, 1901.

*D. H. Clark,* for plaintiff.
*Adams, Freeman, Denmark & Adams,* for defendant.